IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

RASHAD LEE, #213823,                    :

    Plaintiff,                          :

vs.                                     :   CIVIL ACTION 10-0396-KD-M

DEBORAH TONEY, et al.,                  :

    Defendants.                         :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED with prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(A) and Rules 11(b) and 41(b) of the Federal Rules of Civil Procedure, that the Court retain the partial filing fee of $28.00, and the dismissal of this action count as a strike for the purpose of 28 U.S.C. § 1915(g) because it is malicious.

DONE this 12th day of September, 2011.


                    s/Kristi K. DuBose
                    KRISTI K. DuBOSE
                    UNITED STATES DISTRICT COURT